IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT HOSSFELD on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY (D/B/A GEICO)<br><br>Defendant. | Class Action<br>Case No. 1:14 CV 00876 WDQ |

---

**GEICO'S MOTION TO DISMISS PLAINTIFFS' AMENDED PUTATIVE CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

---

Defendant, Government Employees Insurance Company d/b/a GEICO ("GEICO"), by and through its attorneys, Martin W. Jaszczuk, Keith L. Gibson and George M. Church, hereby moves to dismiss Plaintiffs' Amended Putative Class Action Complaint ("Amended Complaint") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In support of this motion, GEICO states as follows:

1. Plaintiffs' Amended Complaint asserts a cause of action against GEICO for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. ¶ 227 ("TCPA") based on purported calls to Plaintiffs' cellular telephones.  Plaintiff Hossfeld alleges that the call was made by an unnamed telemarketing company – not by GEICO.   Plaintiff Legg alleges, speculatively and without factual support, that the call was made by GEICO or, alternatively, by "some third party".  Plaintiffs have not alleged sufficient facts to sustain their claims against GEICO and their Amended Complaint should be dismissed with prejudice.

2.	Plaintiffs' Amended Complaint is strikingly similar to the amended complaint in *Smith v. State Farm Mut. Auto Ins. Co.*, 2013 WL 5346430 (N.D. Ill, Sept. 23, 2013) ("*Smith I*"), a case that was filed in the U.S. District Court of Illinois by one of Plaintiffs' lawyers in this matter. The *Smith I* complaint, which was factually far more developed than the Amended Complaint in the case at bar, was dismissed without prejudice by Judge St. Eve approximately eleven months ago. Thereafter, the *Smith* Plaintiffs filed a consolidated class action complaint on February 4, 2014, naming three Defendants: State Farm, Nationwide and Farmers. Under facts similar the facts alleged her, Judge St. Eve dismissed the claims against Nationwide and Farmers in a Memorandum Opinion filed August 11, 2014. *Smith v. State Farm*, 2014 WL 3906923 (N.D.Ill Aug. 11, 2014) ("*Smith II*")

3.	Here, Plaintiffs' Amended Complaint fails to sufficiently allege direct liability against GEICO. Direct liability under the TCPA is limited to the entity that actually places a telephone call. *See Mais v. Gulf Coast Collection Bureau, Inc.*, 944 F. Supp. 2d 1226, 1243 (S.D. Fla. 2013). Plaintiff's Amended Complaint, however, concedes that GEICO did not make the one call at issue to Plaintiff Hosffeld and does not sufficiently allege facts to support that GEICO made the call to Plaintiff Legg. Thus, Plaintiffs' Amended Complaint fails to state a claim for direct liability under the TCPA.

4.	In the absence of sufficient allegations of direct liability, Plaintiff's Amended Complaint also attempts to allege vicarious liability against GEICO under federal common law principles of agency, including formal agency, apparent authority, ratification, and the principle that a person cannot avoid liability by hiring another to violate the law. However, like in *Smith I* and *Smith II*, Plaintiffs here fail to properly allege facts to support a theory that GEICO could be

vicariously liable for the calls to their cell phones.  *See Smith I*, 2013 WL 5346430 at *2-6; *Smith II,* 2014 WL 3906923 at*3-4.

5. In support of this Motion, GEICO contemporaneously files its Memorandum In Support of GEICO's Motion to Dismiss Plaintiff's Amended Putative Class Action Complaint.

WHEREFORE, Defendant Government Employees Insurance Company d/b/a GEICO, respectfully requests that the Court dismiss Plaintiffs' Amended Putative Class Action Complaint in its entirety and with prejudice.

August 25, 2014

/s/ *George M. Church*
George M. Church, Trial Bar No. 00133
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
(410) 385-3839 (Telephone)
(410) 385-3700 (Facsimile)
gchurch@milesstockbridge.com

Martin W. Jaszczuk
Keith L. Gibson
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL  60606
312-443-0700
mjaszczuk@lockelord.com
kgibson@lockelord.com
(*Admitted Pro Hac Vice*)

*Attorneys for Defendant, Government Employees Insurance Company*

## CERTIFICATE OF SERVICE

I, George M. Church, an attorney, do hereby certify that on August 25, 2014, I electronically filed the foregoing Motion with the Clerk of the Court using the electronic case filing system, which will send electronic notification of such filing to all parties that have appeared in this action.

                                                */s/  George M. Church*
                                                George M. Church